Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:   Case No. 09-14166

Guy Aranda   Chapter 11
Teresa Aranda

    Debtors.
_____/

ORDER CONFIRMING CHAPTER 11 PLAN

The matter of confirmation of the Debtors' chapter 11 Plan of Reorganization came on for hearing before the Honorable Alan Jaroslovsky on August 27, 2010; appearances were stated in the record. The court having determined after hearing on notice that:

1. The plan has been accepted in writing by the creditors whose acceptance is required by law;

2. The plan complies with the applicable provisions of Chapter 11 of the Bankruptcy Code;

3. The plan has been proposed in good faith and not by any means forbidden by law;

4. Any payment made or to be made by the debtor for services or for costs and expenses in connection with the case, or in connection with the plan and incident to the case, has been approved by, or is subject to the approval of, the court as reasonable;

5. Each holder of a claim or interest has accepted the plan or will receive or retain under the plan property of a value, as of the effective date of the plan, that is not less than the amount that such holder would receive or retain if the debtor were liquidated under chapter 7 of the Code on such date;

6. Confirmation of the plan is not likely to be followed by the need for further financial reorganization of the debtor;

IT IS HEREBY ORDERED that the debtor's Plan of Reorganization dated August 24, 2010, is confirmed.

Dated: August 27, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge