Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    Case No. 09-14166

Abigail C. Aranda                         Chapter 11
Teresa Aranda

    Debtors.
_____/

DEBTORS' EX PARTE APPLICATION FOR
ENTRY OF A FINAL DECREE

DECLARATION OF TERESA ARANDA

FINAL DECREE

    The Debtors hereby submit their Ex Parte Application for entry of a Final Decree.

    1. On August 27, 2010, an order was entered confirming the Plan of Reorganization proposed by the Debtors and directing the execution of the Plan.

    2. The Plan has been substantially consummated in that the Debtors have commenced their Chapter 11 Plan payments.

    3. The Debtors are in substantial compliance with the requirements of the plan

    4. This case is in a position to be closed with the entry of a Final Decree.

    WHEREFORE, the Debtors pray the court enter its Final Decree and close this case, and further prays that the court waive the filing fee when the Debtors moves to reopen the case for the entry of the Chapter 11 Discharge.

Dated: November 23, 2010

                                      /s/ Michael C. Fallon

                                      Michael C. Fallon
                                      Attorney for Debtors

DECLARATION OF TERESA ARANDA

I, Teresa Aranda, declare that:

1. On August 27, 2010, this court entered its order confirming the Plan of Reorganization proposed by us and directing the execution of the Plan.

2. The Plan has been substantially consummated in that we have commenced the Chapter 11 Plan payments.

3. We are in substantial compliance with the requirements of the plan.

4. This case is in a position to be closed with the entry of a Final Decree.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on November 23, 2010.

*/s/ Teresa Aranda*
_____
Teresa Aranda

FINAL DECREE

The Court having considered the Debtors' Ex-Parte Application for Entry of Final Decree and the declaration of Teresa Aranda in support of the application, good cause appearing,

IT IS HEREBY ORDERED that the estate herein and the above-captioned case is hereby closed.

IT IS FURTHER ORDERED that the filing fee required on the Debtors' Motion to Reopen for the entry of the Chapter 11 Discharge is waived.

Dated: December 2, 2010

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge